```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   TREEHOUSE FOODS INC., et al.,                           :
                                                           :
                                       Plaintiffs,         :
                                                           :                 No. 14 Civ. 905 (VSB)
                    -v-                                    :
                                                           :                 ORDER AND NOTICE OF
   GREEN MOUNTAIN COFFEE ROASTERS,                         :                 INITIAL CONFERENCE
   INC., et al.,                                           :
                                                           :
                                       Defendants.         :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2014

VERNON S. BRODERICK, United States District Judge:

This case, assigned to me for all purposes, has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project"). The parties are directed to follow the procedures applicable to cases designated for inclusion in the Pilot Project, which are available at http://nysd.uscourts.gov/rules/Complex_Civil_Rules_pilot.pdf. The parties should not follow this Court's Individual Rules and Practices to the extent they are contrary to those procedures.

Counsel for all parties are directed to appear for an initial status conference on Thursday, May 8, 2014 at 10:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. All counsel are required to register promptly as filing users on ECF. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

No later than seven (7) days before the initial status conference, the parties shall submit an Initial Report. The initial report should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at http://www.nysd.uscourts.gov/ecf/ecf_rules_080113.pdf. The Initial Report should contain all

2

information required by Section 1.A and Exhibit A of the Pilot Project, and the information required by Exhibits B and C if applicable, as well as any other information that the parties believe may assist the Court in advancing the case to settlement or trial.  Counsel are directed to use numbered paragraphs and headings where appropriate.

     Plaintiffs are ordered to serve the Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:     February 24, 2014
             New York, New York

Vernon S. Broderick
United States District Judge