**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD

ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
MEYER H. FEDIDA
CAROLINE F. HAYDAY
JOHN V. HARRISON
RESIDENT COUNSEL

Writer's Direct Dial: +1 (212) 225-2790
E-Mail: ldassin@cgsh.com

June 3, 2014

<u>VIA ECF</u>

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: <u>*TreeHouse Foods, Inc. v. Green Mountain Coffee Roasters, Inc.*, No. 14 Civ. 905 (VSB) (S.D.N.Y.) and related cases Nos. 14 Civ. 1609 (VSB), 14 Civ. 1671 (VSB), 14 Civ. 1716 (VSB), 14 Civ. 1836 (VSB), 14 Civ. 1963 (VSB), 14 Civ. 2219 (VSB), 14 Civ. 2255 (VSB), 14 Civ. 2267 (VSB), 14 Civ. 2530 (VSB), 14 Civ. 2582 (VSB), 14 Civ. 2670 (VSB), 14 Civ. 2692 (VSB), 14 Civ. 3018 (VSB), 14 Civ. 3032 (VSB).</u>

Dear Judge Broderick:

   I write on behalf of Defendant in the above-captioned actions to request clarification of your May 1 order directing the parties to negotiate a Protective Order and ESI Protocol. While the parties have agreed upon a Protective Order, which should be filed with the Court today once signatures are gathered, there has been some confusion as to the proper scope of the ESI Protocol.

   Defendant's understanding is that Your Honor directed the parties to negotiate a standard ESI Protocol that covers topics including definitions of ESI, forms of production, requirements for Bates numbering, systems for de-duplication of electronic files, production delivery requirements, required metadata fields, and privilege issues. Defendant believes this scope is consistent with what was discussed at the May 1 conference and appropriate at this stage of the litigation, especially given that Defendant intends to file motions to dismiss that would obviate the need for complex and burdensome negotiations of a host of other issues. Plaintiffs, in contrast, seek to negotiate a substantially broader document that tracks the Standing Order governing the S.D.N.Y. Pilot Project for Complex Civil Cases (*see* Pls.' Ex. A, ECF No. 42-1, June 2, 2014). As Part II.H of the Pilot Project Standing Order makes clear, a Joint Electronic Discovery Submission like the one Plaintiffs proposed is intended for use in connection with a full Rule 26(f) conference and would cover not only an ESI Protocol but also a variety of other subjects.

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Hon. Vernon S. Broderick
Page 2

      We do not wish to burden the Court with corrections of everything in Plaintiffs' letter from yesterday, other than to note that, in fact, two meet and confers on the ESI Protocol occurred after Plaintiffs provided an initial draft on May 25. In Defendant's view, progress was being made. Prior to Plaintiffs' surprise submission to the Court yesterday afternoon—which Defendant first learned about less than an hour before its submission—Defendant had been awaiting comments from Plaintiffs on a joint letter to the Court updating the Court on the parties' progress and requesting clarification regarding the scope of the order. Defendant had also offered to expand the scope of the proposed ESI Protocol beyond the topics covered in its initial proposal in the hopes of resolving the issue without the Court's involvement.

      Defendant has negotiated and will continue to negotiate in good faith regarding an ESI Protocol, and would greatly appreciate guidance from the Court as to the proper scope of the protocol to be negotiated by the parties at this time.

Respectfully submitted,

*/s/ Lev L. Dassin*

Lev L. Dassin

cc: All counsel of record in all actions related to No. 14 Civ. 905