

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
(212) 294-4601
abadini@winston.com

June 3, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re: *TreeHouse Foods, Inc. v. Green Mountain Coffee Roasters, Inc.*, No. 14 Civ. 905 (VSB) (S.D.N.Y.) and related cases Nos. 14 Civ. 905 (VSB), 14 Civ. 1609 (VSB), 14 Civ. 1671 (VSB), 14 Civ. 1716 (VSB), 14 Civ. 1836 (VSB), 14 Civ. 1963 (VSB), 14 Civ. 2219 (VSB), 14 Civ. 2255 (VSB), 14 Civ. 2267 (VSB), 14 Civ. 2530 (VSB), 14 Civ. 2582 (VSB), 14 Civ. 2670 (VSB), 14 Civ. 2692 (VSB), 14 Civ. 3018 (VSB), 14 Civ. 3032 (VSB), 14 Civ. 3790 (UA).

Dear Judge Broderick:

    We write on behalf of all parties in the above-captioned actions and in follow up to the May 1, 2014 conference. We are pleased to inform the Court that the parties have reached agreement as to a Stipulated Protective Order, which was submitted today via email to the Orders and Judgments Clerk per the ECF Rules.

    Respectfully submitted,

    By: /s/ Aldo A. Badini
        Aldo A. Badini
        Susannah P. Torpey
        **Winston & Strawn LLP**
        200 Park Avenue
        New York, NY 10166
        Telephone: (212) 294-6700
        abadini@winston.com
        storpey@winston.com

**WINSTON & STRAWN**
LLP

June 3, 2014
Page 2

        Dan K. Webb (*pro hac vice*)
        James F. Herbison (*pro hac vice*)
        35 West Wacker Drive
        Chicago, IL 60601
        Telephone: (312) 558-5600
        dwebb@winston.com
        jherbison@winston.com

        Diana L. Hughes (*pro hac vice*)
        101 California Street
        San Francisco, CA 94111
        Telephone: (415) 591-1000
        dhughes@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*


By:   /s/ Lev. L. Dassin
       Lev L. Dassin
       **Cleary Gottlieb Steen & Hamilton LLP**
       One Liberty Plaza
       New York, NY 10006
       Telephone: (212) 225-2790
       ldassin@cgsh.com

       George S. Cary
       Leah Brannon
       2000 Pennsylvania Avenue NW
       Washington, DC 20006
       Telephone: (202) 974-1920
       gcary@cgsh.com
       lbrannon@cgsh.com

       Wendelynne J. Newton
       **Buchanan Ingersoll & Rooney, P.C.**
       One Oxford Centre
       301 Grant Street, 20th Floor
       Pittsburgh, PA 15219-1410

WINSTON & STRAWN LLP

June 3, 2014
Page 3

Telephone: (412) 562-8932
wendelynne.newton@bipc.com

*Counsel for Defendant Keurig Green Mountain, Inc.*

By: /s/ Michael M. Buchman
    Donald A. Migliori
    William H. Narwold
    Michael M. Buchman
    John A. Ioannou
    Alex R. Straus
    **Motley Rice LLC**
    600 Third Avenue, 21st Floor
    New York, NY 10016
    Telephone: (212) 577-0040
    dmigliori@motleyrice.com
    bnarwold@motleyrice.com
    mbuchman@motleyrice.com
    jioannou@motleyrice.com
    astraus@motleyrice.com

*Interim Co-Lead Counsel for Direct Purchaser Class & Counsel for Plaintiff Judy Hoyer*

By: /s/ Bernard Persky
    Bernard Persky
    Kellie Lerner
    Hollis L. Salzman
    **Robins, Kaplan, Miller & Ciresi LLP**
    601 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 980-7400
    bpersky@rkmc.com
    klerner@rkmc.com
    hsalzman@rkmc.com

    K. Craig Wildfang
    Thomas J. Undlin
    Stephen P. Safranski
    800 La Salle Avenue,
    2800 LaSalle Plaza

       Minneapolis, MN 55402
       Telephone: (612) 349-8500
       kcwildfang@rkmc.com
       tjundlin@rkmc.com
       spsafranski@rkmc.com

*Interim Co-Lead Counsel for Direct Purchaser Class & Counsel for Plaintiff Ney Silverman Insurance Associates, LLC*


By: /s/ Linda Nussbaum
    Linda P. Nussbaum
    Peter Anthony Barile, III
    **Grant & Eisenhofer P.A.**
    485 Lexington Avenue
    29th Floor
    New York, NY 10017
    Telephone: (646) 722-8500
    pbarile@gelaw.com
    lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct Purchaser Class & Counsel for Plaintiffs Henry A. Rocker, LLC and David Rosenthal*


By: /s/ Robert N. Kaplan
    Robert N. Kaplan
    Lauren I. Dubick
    Gregory K. Arenson
    Mario M. Choi
    **Kaplan Fox & Kilsheimer, LLP**
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone: (212) 687-1980
    rkaplan@kaplanfox.com
    garenson@kaplanfox.com
    mchoi@kaplanfox.com
    ldubick@kaplanfox.com

    Elizabeth C. Pritzker
    Bethany L. Caracuzzo

**WINSTON & STRAWN LLP**

June 3, 2014
Page 5

Shiho Yamamoto
**Pritzker Law**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415)692-0772
ecp@pritzker-law.com
bc@pritzker-law. com
sy@pritzker-law.com

Arthur N. Bailey
**Arthur N. Bailey & Associates**
111 West Second Street
Jamestown, NY 14701
Telephone: (716) 664-2967
artlaw@windstream.net

*Counsel for Plaintiffs William Daly, Michael J. Flanagan, Darlene M. Kennedy and John Lohin*


By:  /s/ Patrick M. Ryan
    Patrick M. Ryan
    William I. Edlund
    Robert H. Bunzel
    John F. McLean
    **Bartko, Zankel, Bunzel & Miller**
    One Embarcadero Center, Suite 800
    San Francisco, CA 94111
    Telephone: (415) 956-1900
    pryan@bzbm.com
    bedlund@bzbm.com
    rbunzel@bzbm.com
    jmclean@bzbm.com

    Bruce L. Simon
    Robert G. Retana
    Aaron M. Sheanin
    **Pearson, Simon & Warshaw, LLP**
    44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
    Telephone: (415) 433-9000
    bsimon@pswlaw.com
    rretana@pswlaw.com
    asheanin@pswlaw.com



June 3, 2014
Page 6

Steven A. Hart
Brian H. Eldridge
Elizabeth A. Schieber
Kyle Pozan
**Segal, McCambridge Singer & Mahoney, Ltd.**
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Telephone: (312) 645-7800
shart@smsm.com
beldridge@smsm.com
eschieber@smsm.com
kpozan@smsm.com

P. John Brady
Daniel D. Owen
G. Gabriel Zorogastua
**Polsinelli**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000

*Counsel for Plaintiffs Yelda Mesbah Bartlett, Lavinia Simon Biasell, Holly Ann Buss, Teena Marie Johnson, Lori Jo Kirkhart, Tracy Elizabeth Moreno, David Wayne Nation, Gregory Rose, Lauren Jill Schneider, and Rhett Montgomery Tanselle*

cc: All Counsel of record (by email)