USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
TREEHOUSE FOODS INC., et al.,                                  :
                                                               :      No. 14 Civ. 905 (VSB)
                          Plaintiffs,                          :
                                                               :
              -v-                                              :      **ORDER**
                                                               :
GREEN MOUNTAIN COFFEE ROASTERS,                                :
INC., et al.,                                                  :
                                                               :
                          Defendants.                          :
                                                               :
*This document shall be filed in all related*                  :
*actions.*                                                     :
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

The Court is in receipt of Plaintiffs' letter dated June 2, 2014, (Doc. 42), and Defendants' Letter also dated June 2, 2014, (Doc. 43), regarding the ESI Protocol, as well as Plaintiffs' letter motion dated June 3, 2014, (Doc. 44), requesting a conference in light of the JMPL's issuance of the transfer order.

The parties shall appear for a conference on June 19, 2014 at 2:30 p.m. The parties should be prepared to discuss:

- Coordination and/or consolidation of all actions in MDL No. 2542;
- Proposals for structuring Co-lead Counsel and/or a Steering Committee;
- Consolidated Amended Complaints in the indirect and direct purchaser actions;
- The ESI Protocol;
- Document Preservation;
- Rule 26(f) disclosures and any motion(s) for expedited discovery;
- Any motion(s) for a preliminary injunction in the competitor actions; and
- Defendants' proposed motion to dismiss.

1

The parties are instructed to ensure that counsel for all cases pending outside the Southern District of New York receive a copy of this Order.

The Clerk of Court is respectfully directed to terminate the pending Motion. (14-CV-905, Doc. 44.)

**SO ORDERED.**

Dated: June 4, 2014
      New York, New York

Vernon S. Broderick
United States District Judge