UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREEHOUSE FOODS, INC., BA Y VALLEY FOODS, LLC, and STURM FOODS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> GREEN MOUNTAIN COFFEE ROASTERS, INC. and KEURIG, INCORPORATED, <br><br> Defendants. <br><br> *This document concerns all related actions.* | No. 14 Civ. 905 (VSB) <br> No. 14 Civ. 1609 (VSB) <br> No. 14 Civ. 1671 (VSB) <br> No. 14Civ. 1716 (VSB) <br> No. 14 Civ. 1836 (VSB) <br> No. 14 Civ. 1963 (VSB) <br> No. 14 Civ. 2219 (VSB) <br> No. 14 Civ. 2255 (VSB) <br> No. 14 Civ. 2267 (VSB) <br> No. 14 Civ. 2530 (VSB) <br> No. 14 Civ. 2582 (VSB) <br> No. 14 Civ. 2670 (VSB) <br> No. 14 Civ. 2692 (VSB) <br> No. 14 Civ. 3018 (VSB) <br> No. 14 Civ. 3032 (VSB) <br> No. 14 Civ. 3790 (VSB) |

## NOTICE OF APPEARANCE

COME NOW, the undersigned law Gainey McKenna & Egleston who files their Notice of Appearance as counsel on behalf of Lorie Rehma and Jonna Dugan. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Dated: New York, New York
June 11, 2014

                                               /s/ Thomas J. McKenna
                                               Thomas J. McKenna
                                               **GAINEY McKENNA & EGLESTON**
                                               440 Park Avenue South, 5th Floor
                                               New York, NY 10016
                                               Tel: (212) 983-1300
                                               Fax: (212) 983-0383
                                               TJMcKenna@gaineyandmckenna.com

                                               *Attorneys for Plaintiffs Lorie Rehma*
                                               *and Jonna Dugan*

## CERTIFICATE OF SERVICE

I hereby certify that I have served this 11th day of June, 2014, a copy of the foregoing NOTICE OF APPEARANCE upon counsel of record in this action via CM/ECF.

_____
Thomas J. McKenna