```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                           :
                                                 :
KEURIG GREEN MOUNTAIN SINGLE-                    :      14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                           :
LITIGATION                                       :         ORDER No. 1
                                                 :     (Pro Hac Vice Motions)
                           .                     :
This Document Relates to All Actions             :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____
```

VERNON S. BRODERICK, United States District Judge:

      Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation provides that "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court in the United States to which such action is transferred. Parties are not required to obtain local counsel." In accord with Panel Rule 2.1(c), all counsel appearing in any of the related actions prior to their transfer to this district need not submit a *pro hac vice* application to practice before this Court.

      Counsel who did not appear in a related action prior to the consolidation and who are not a member of the Bar of this Court shall be deemed admitted *pro hac vice*, upon the proper filings with the Clerk as provided by the Local Rules. An attorney need only file one *pro hac vice* motion, and shall be required to pay the *pro hac vice* fee only one time, to appear in all cases in this multidistrict litigation, even if he or she is the attorney of record for several defendants.

      All counsel are directed to apply for an ECF password, which may be obtained by visiting the Court's website at nysd.uscourts.gov and completing the on-line registration form. In the appropriate place on the application, counsel should reference 14-MD-2542. After obtaining an ECF username and password, those Counsel who use their ECF username and

password to file a motion for *pro hac vice*, per the above instructions, will automatically appear on the docket of 14-MD-2542. For assistance with the ECF filing system, counsel should contact the Court's Help Desk at 212-805-0800.

    Accordingly, the Clerk of Court is respectfully directed to review any *pro hac vice* motions in this matter. It is ORDERED that any party who the Clerk of Court deems to have properly submitted such a motion shall be deemed admitted *pro hac vice*.

SO ORDERED.

Dated:    June 23, 2014
           New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge