UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CONSTANTINO, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>KEURIG GREEN MOUNTAIN, INC., GREEN MOUNTAIN COFFEE ROASTERS, INC. AND KEURIG, INC.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01836-VSB<br>Case No. 1:14-cv-00905-VSB<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that the following counsel appears on behalf of Plaintiff Richard Constantino, in the above-entitled action:

　　　　Alexander E. Barnett (NYB # 2522696)
　　　　**COTCHETT, PITRE & McCARTHY, LLP**
　　　　40 Worth Street, 10th Floor
　　　　New York, NY  10013
　　　　Telephone:　212-201-6820
　　　　Facsimile:　646-219-6678
　　　　Email:　　　abarnett@cpmlegal.com


Dated: July 8, 2014　　　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**


　　　　　　　　　　　　　　　　　　　　 */s/ Alexander E. Barnett*
　　　　　　　　　　　　　　　　　　　　Alexander E. Barnett