USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

IN RE:                                                                :
                                                                            :
KEURIG GREEN MOUNTAIN SINGLE-          :          14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                         :          14-MD-2542 (VSB)
LITIGATION                                                    :
                                                                            :                ORDER No. 2
                                                                       .  :            (Master Case File)
*This Document Relates to All Actions*             :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       The Clerk of Court is directed to open a master case file bearing docket number 14-MC-2542.  Any filing fees associated with opening the master case file docket are waived.  The caption shall read "In re:  Keurig Green Mountain Single-Serve Coffee Antitrust Litigation."  For administrative purposes only, in 14-MC-2542, the following groups shall be listed as Plaintiffs: Treehouse Foods, Inc.; JBR, Inc; Indirect Purchasers; and Direct Purchasers.  Defendant shall be listed as "Keurig Green Mountain, Inc."

       The appearances entered for Plaintiffs in 14-MC-2542 shall be as follows:

- Treehouse Foods, Inc.:  Aldo A. Badini and Dan K. Webb

- JBR, Inc.:  Daniel Johnson, Jr.

- Direct Purchasers:  Linda P. Nussbaum, Michael M. Buchman, and Hollis Salzman

- Indirect Purchasers:  Robert Kaplan, Bruce L. Simon, and Fred Taylor Isquith

       The only appearances entered for Defendant in 14-MC-2542 shall be Lev Dassin, George S. Cary, Leah Brannon, Landon Y. Jones, Wendelynne J. Newton, and Courtney Jack Linn.

       The Clerk of Court is directed to transfer the following docket entries from 14-MD-2542 to 14-MC-2542:  Docs. 1 (Transfer Order); 2 (6/10/14 Letter from Lev Dassin); 3 (Transfer

Order); 5 (6/13/14 Letter from Dan Webb); 6 (Motion to Appoint Counsel); 7 (Memorandum of Law in Support of Motion to Appoint Counsel); 8 (Declaration of Robert N. Kaplan in Support of Motion to Appoint Counsel); 9 (Order); 12 (6/16/14 Letter from Daniel Johnson, Jr.); 27 (Motion to Expedite Discovery); 28 (Memorandum of Law in Support of Motion to Expedite Discovery); 30 (Order No. 1); 32 (6/26/14 Letter from Direct Purchasers Interim Co-Lead Counsel); 33 (6/19/14 Transcript); 35 (Memo Endorsement on Doc. 32); 36 (Order Appointing Liaison Counsel and Interim Co-Lead Counsel for Indirect Purchasers); 37 (6/26/14 Letter from Aldo Badini); and 41 (Joint Electronic Discovery Submission No. 1 and Order).  The Clerk of Court is also directed to transfer the following docket entry from 14-CV-905 to 14-MD-2542 and 14-MC-2542:  Doc. 47 (6/5/14 Letter from Daniel Johnson, Jr.).  This Order shall be docketed in 14-MD-2542, and all matters consolidated therewith.

This Order and all subsequent entries docketed in 14-MC-2542 are to be docketed simultaneously in 14-MD-2542.

Docket 14-MC-2542 is to contain only my case management orders, letters from counsel that I have docketed, and other substantive filings that relate to all actions (*e.g.*, master pleadings, motion papers).  It should not include *pro hac vice* motion papers, the Court's standing orders, conditional transfer orders, notices of appearance, and the like.  Papers filed inappropriately will be stricken from the docket.  If there is any doubt as to whether a substantive filing shall be made in 14-MC-2542, Counsel may seek the Court's guidance.

SO ORDERED.

Dated:    July 9, 2014
         New York, New York

*Vernon S. Broderick*
United States District Judge