UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, and STURM FOODS, INC.,

                  Plaintiffs,

    - against -

GREEN MOUNTAIN COFFEE ROASTERS, INC. and KEURIG, INCORPORATED.

                  Defendants.

---------------------------------------------------------------------- X

No. 1:14-cv-00905 (VSB)

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Landon Y. Jones, Esquire, of Buchanan Ingersoll & Rooney PC, on behalf of Defendant Keurig Green Mountain, Inc. ("Keurig"), f/k/a Green Mountain Coffee Roasters, Inc. ("GMCR") and as successor to Keurig, Incorporated, in the above-captioned action.

Dated:  April 1, 2015

Respectfully submitted,

/s/ Landon Y. Jones
**Landon Y. Jones**
*landon.jones@bipc.com*
Buchanan Ingersoll & Rooney PC
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
(t) (215) 665-3929
(f) (215) 665-8760