```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
IN RE: KEURIG GREEN MOUNTAIN            :
SINGLE-SERVE COFFEE ANTITRUST       :
LITIGATION                                              :
                                                                :    14-md-2542 (VSB)
*This Document Concerns All Related Actions*   :
------------------------------------------------------- X    **ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the motion to intervene filed by the Illinois and Florida Attorneys General on February 26, 2021. (Doc. 1247.) Accordingly, it is hereby:

ORDERED that the Indirect Purchaser Plaintiffs and/or Defendant shall file any memorandum of law in opposition to the motion to intervene on or before March 29, 2021.

SO ORDERED.

Dated: March 2, 2021
          New York, New York

                                                                        *Vernon Broderick* (signature)
                                                                        Vernon S. Broderick
                                                                        United States District Judge