```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE: KEURIG GREEN MOUNTAIN                                :
SINGLE-SERVE COFFEE ANTITRUST                               :
LITIGATION                                                  :
                                                            :   14-md-2542 (VSB)
This Document Concerns All Related Actions                  :
------------------------------------------------------------X   ORDER
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the request to appear remotely for the upcoming fairness hearing and the objection to the proposed plan of allocation filed by the Illinois and Florida Attorneys General. (Doc. 1325.) I am also in receipt of the contingent objection, and motion to seal that objection, filed by Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "Treehouse"), and JBR, Inc. d/b/a Rogers Family Company ("JBR") (Doc. 1326.) Accordingly, it is hereby:

ORDERED that TreeHouse and JBR's motion to seal, (Doc. 1324), is GRANTED.

IT IS FURTHER ORDERED that the Indirect Purchaser Plaintiffs are directed to file any response to these objections on or before May 21, 2021.

IT IS FURTHER ORDERED that the final fairness hearing to evaluate the proposed settlement reached by Defendant and the Indirect Purchaser Plaintiffs scheduled for June 4, 2021 at 10 AM will be held by videoconference using Microsoft Teams. Any parties or non-parties who wish to attend the hearing must file a letter on or before June 2, 2021 with the names and email addresses for those attending, and my Chambers will subsequently provide a link for the hearing.

SO ORDERED.

Dated: May 17, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge