UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE: KEURIG GREEN MOUNTAIN          :
SINGLE-SERVE COFFEE ANTITRUST         :
LITIGATION                            :
:
: 14-md-2542 (VSB)
*This Document Concerns All Related Actions*   :
------------------------------------------------------------ X   **ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/21
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Defendant's letter motion for leave to file excess pages for their summary judgment motion, (Doc. 1412), as well as oppositions filed by Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc., (together, "TreeHouse") and the Direct Purchaser Plaintiffs (the "DPPs"), (Doc. 1413), and JBR, Inc., (Doc. 1414). I am also in receipt of Defendant's letter motion for an extension filed on July 26, 2021. (Doc. 1426.) Accordingly, it is hereby:

ORDERED that Defendant's motion for leave to file excess pages, (Doc. 1412), is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that I adopt, in part, the page limit proposal submitted by TreeHouse and the DPPs. (*See* Doc. 1413.) Plaintiffs and Keurig shall each have 115 pages for opening briefs, followed by 115 pages for responsive briefs and 50 pages for reply. In response to TreeHouse's and the DPPs' question, (*id.* at 3 n.5), I direct the Plaintiffs to file one large memorandum of law divided into sections.

IT IS FURTHER ORDERED that Plaintiffs' proposal to adjust the briefing schedule, (*see* Doc. 1413), is DENIED at this time. The parties are directed to meet and confer and submit a joint filing on or before August 3, 2021, indicating whether the parties have agreed on any adjusted briefing schedule and, if not, the parties' respective positions on the briefing schedule.

IT IS FURTHER ORDERED that Defendant's letter motion for an extension of time, (Doc. 1426), is DENIED at this time. I will entertain extension requests in the upcoming August 3, 2021 filing.

The Clerk's office is directed to terminate the open motions at Documents 1412 and 1426.

SO ORDERED.

Dated: July 27, 2021
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge