```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IN RE: KEURIG GREEN MOUNTAIN                                 :
SINGLE-SERVE COFFEE ANTITRUST                                :
LITIGATION                                                   :
                                                             :          14-md-2542 (VSB)
This Document Concerns All Related Actions                   :
                                                             :             ORDER
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

On August 13, 2021, I issued an endorsement granting the parties' proposed sealing procedures outlined at Document 1435. (Doc. 1436.) In that endorsement, I stated that I was adopting "the parties' proposed sealing procedure for *Daubert* and summary judgment mateirals." (*Id.*) In the parties' letter, they proposed that "[t]he parties use a similar procedure for the Direct Purchaser Plaintiffs' reply in support of class certification," and then outlined the procedure in more detail. (Doc. 1435.) On August 16, 2021, I received a communication from Direct Purchaser Plaintiffs and Defendant, requesting clarification as to whether my endorsement at Document 1436 applied to the Direct Purchaser Plaintiffs' reply brief. Accordingly, it is hereby:

ORDERED my order at Document 1436 applies to the Direct Purchaser Plaintiffs' reply brief in support of class certification. I adopt the parties' proposed sealing procedure as outlined in that order.

SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                           Vernon S. Broderick
                                           United States District Judge