UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION <br><br> This Document Relates To: <br> All Actions | MDL No. 2542 <br><br> Master Docket No. 1:14-md-02542 (VSB)(SLC) |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

This Court, having considered Class Plaintiffs' Motion to Withdraw Michelle C. Clerkin as Counsel, and good cause appearing, HEREBY ORDERS:

1. Class Plaintiffs' Motion to Withdraw as Counsel is GRANTED.

2. Attorney Michelle C. Clerkin, Esq., is hereby withdrawn as Class Plaintiffs' counsel of record in the above-mentioned caption case. Class Plaintiffs shall continue to be represented by attorneys from Motley Rice LLC, Robins Kaplan LLP, and Grant & Eisenhofer P.A.

3. The Clerk of the Court is directed to remove Michelle C. Clerkin from the service list in this matter and shall no longer send her any notices of filing in this matter.

IT IS SO ORDERED.

Dated: November 1, 2022

Vernon S. Broderick
United States District Judge