## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION <br><br> This Document Relates To: <br> All Actions | MDL No. 2542 <br><br> Master Docket No. 1:14-md-02542 (VSB)(SLC) |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

This Court, having considered Class Plaintiffs' Motion to Withdraw Jacob O. Onile-Ere as Counsel, and good cause appearing, HEREBY ORDERS:

1. Class Plaintiffs' Motion to Withdraw as Counsel is GRANTED.

2. Attorney Jacob O. Onile-Ere, Esq., is hereby withdrawn as Class Plaintiffs' counsel of record in the above-mentioned caption case. Class Plaintiffs shall continue to be represented by attorneys from Motley Rice LLC, Robins Kaplan LLP, and Grant & Eisenhofer P.A.

3. The Clerk of the Court is directed to remove Jacob O. Onile-Ere from the service list in this matter and shall no longer send him any notices of filing in this matter.

IT IS SO ORDERED.

Dated: ____November 1____, 2022

Vernon S. Broderick
United States District Judge