**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE: | : | ECF Case |
| | : | |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | : | MDL No. 2542 |
| | : | Master Docket No. 1:14-md-02542-VSB-SLC |

---

| | | |
|---|---|---|
| TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, and STURM FOODS, INC., | : | |
| | : | Civil Action No. 1:14-cv-00905-VSB-SLC |
| Plaintiffs, | : | |
| v. | : | |
| KEURIG GREEN MOUNTAIN, INC., | : | |
| Defendant. | : | |

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Megan P. Fitzgerald, I, Megan P. Fitzgerald, hereby move this Court to withdraw my appearance as counsel of record for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in the above-captioned actions, and to remove my email address from the CM/ECF service lists for these actions.

Dated:   New York, New York
         May 20, 2022

Respectfully submitted,

WINSTON & STRAWN LLP

                By:   */s/ Megan P. Fitzgerald*
                      Megan P. Fitzgerald
                      mfitzgerald@winston.com
                      200 Park Avenue
                      New York, New York 10166
                      (212) 294-2681
                      (212) 294-4700 (fax)