UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. 1:14-md-02452 (VSB) (SLC)<br><br>MDL No. 2542 |

## ORDER

Upon the motion for Jessica Roll for leave to withdraw from this action as counsel for Defendant Keurig Green Mountain, Inc., IT IS HEREBY ORDERED:

1. The motion is granted.

2. The Clerk of Court is respectfully directed to terminate Ms. Roll as counsel for Defendant Keurig Green Mountain, Inc., and to close ECF No. 1963.

SO ORDERED.

Dated:   January 3, 2023

*Sarah Cave*
Sarah L. Cave
United States Magistrate Judge