UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TREEHOUSE FOODS, INC., BAY           :
VALLEY FOODS, LLC, and STURM      :
FOODS, INC.,                             :

                                :

                 Plaintiffs    :           14-CV-905 (VSB)
                                :

            -against-       :           **ORDER**
                                :

GREEN MOUNTAIN COFFEE ROASTERS, :
INC. and KEURIG, INCORPORATED,     :

                                :

              Defendants.  :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        A special master has been appointed to oversee pending sealing motions in the

multidistrict litigation that this case is a part of.  *See In re: Keurig Green Mountain Single-Serve*

*Coffee Antitrust Litigation*, No. 14-MD-2542 (June 5, 2014), Doc. 2106.  Two sealing motions

filed on the docket for this case, Docs. 182 and 183, are duplicative of pending sealing motions

in *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, No. 14-MD-2542

(June 5, 2014), Docs. 1761, 1803, and have been referred to the special master for a report and

recommendation.  Accordingly, in the interest of simplifying the resolution of these sealing

motions, the Clerk of Court is respectfully directed to close the motions at Docs. 182 and 183.

These motions shall be substantively addressed in the main multidistrict litigation docket, No.

14-MD-2542.

SO ORDERED.

Dated:      August 2, 2023
            New York, New York

                                     Vernon S. Broderick
                                     United States District Judge