UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
KEURIG GREEN MOUNTAIN SINGLE
SERVE COFFEE ANTITRUST
LITIGATION

*This Document Relates to All Actions*

Civil Action No.
1:14-md-02542-VSB-SLC

The motion to withdraw at Dkt. No. 2467 is **GRANTED**. The Clerk of Court is respectfully directed to close Dkt. No. 2467 and terminate Ryan W. Marth, Esq. as counsel in this case.

SO ORDERED.    May 7, 2026

SARAH L. CAVE
United States Magistrate Judge

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned counsel of the law firm of Robins Kaplan LLP for Direct Purchaser Plaintiffs ("DPPs") hereby gives notice and respectfully requests that this Court grant leave to withdraw his appearance as counsel of record for DPPs. The undersigned counsel will be leaving Robins Kaplan LLP effective May 8, 2026 and is not asserting a retaining or charging lien. DPPs will continue to be represented by counsel of record, Geoffrey H. Kozen, from Robins Kaplan LLP and Interim Co-Lead Counsel, Motley Rice LLP and Grant & Eisenhofer P.A.

May 6, 2026

*/s/ Ryan W. Marth*
Ryan W. Marth
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
rmarth@robinskaplan.com

*Attorneys for Class Plaintiffs*

SO ORDERED:

97117391.1