UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 2614, by October 27, 2026, the WD Plaintiffs were required to re-file for public viewing their motion (Dkt. No. 2610 (the "Motion")) to file the Omitted Exhibit that they inadvertently omitted when they filed the Exhibits in opposition to Keurig's fee petition. (Dkt. No. 2614).[1] To date, the WD Plaintiffs have not re-filed the Motion for public viewing, and the Motion remains under seal. (Dkt. No. 2610).

As a courtesy, the Court sua sponte **EXTENDS** the WD Plaintiffs' deadline to re-file the Motion for public viewing as well as the exhibit displaying an email chain with Keurig's counsel concerning the Motion (Dkt. No. 2610-2) to **November 4, 2026**. If WD Plaintiffs fail to do so, the Court will not consider the Omitted Exhibit when ruling on Keurig's fee petition.

The Clerk of Court is respectfully directed to docket this Order in In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation, 14 MD 2542 (VSB) (SLC), and the member case Winn-Dixie Stores, Inc. et al. v. Keurig Green Mountain, Inc., et al., No. 21 Civ. 7504 (VSB).

Dated: New York, New York
October 28, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge

[1] Unless otherwise stated, all capitalized terms shall have the same meaning as in the Court's Order dated October 22, 2026. (Dkt. No. 2614).