**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-02542-VSB-SLC |
| TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.<br><br>*Plaintiffs*,<br><br>v.<br><br>Keurig Green Mountain, Inc.,<br><br>*Defendant*. | Civil Action No. 1:14-cv-00905-VSB |

**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

The motion of John R. Thornburgh, II for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

Applicant Name: John R. Thornburgh, II

Firm Name: Winston Taylor LLP

Address: 300 N. LaSalle Dr., Suite 4400

City / State / Zip: Chicago, IL 60654-3406

Telephone: (312) 558-5600

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in the above-

entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to close Dkt. No. 2627.

SO ORDERED. November 2, 2026

SARAH L. CAVE
United States Magistrate Judge